**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00053-CV**

_____

**CITY OF BEAUMONT, TEXAS, Appellant**

**V.**

**JAMES MATHEWS, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-192,887**

**ORDER**

Appellant, City of Beaumont, Texas, filed a motion to abate the appeal and remand the case to the trial court for entry of findings of fact and conclusions of law. Appellee, James Mathews, consents to the motion. It appears the trial court made factual findings and that the appellant would probably be prevented from properly presenting the case to the court of appeals unless the trial court's findings of fact and conclusions of law are reduced to writing.

1

It is, therefore, ORDERED that the appeal is abated and the case is remanded for the trial court to make written findings of fact and conclusions of law. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law is due May 11, 2020. The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed.

ORDER ENTERED April 20, 2020.

PER CURIAM

Before McKeithen, C.J., Kreger, and Horton, JJ.